P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711





RE: WR-82,672-01

JAMES BERKELEY HARBIN II
BYRD UNIT - TDC # 587558
21 FM 247
HUNTSVILLE, TX 77320

